FILED

99 NOV 23 AM 10:03

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

NOV 23 1999

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

J.D. GIBBS DISTRIBUTING )
CO. and J.D. GIBBS )
                              )
     Plaintiffs,              )
                              )  CIVIL ACTION NUMBER
v.                            )
                              )  98-C-1948-NE
FEDERATED INSURANCE COMPANY,  )
                              )
     Defendant.               )

## MEMORANDUM OPINION
## GRANTING SUMMARY JUDGMENT

Plaintiffs J.D. Gibbs Distributing Company and J.D. Gibbs originally brought this action as a Third-Party Complaint in the Circuit Court of Limestone, Alabama seeking indemnity from Federated Insurance Company as a result of an insurance contract between the two. Defendant properly removed this action to federal court based on diversity jurisdiction. Pending before the Court is Defendant's Motion for Summary Judgment.

Upon consideration of Defendant's affidavit, other evidentiary submissions, and the lack of opposing papers from Plaintiff, this Court concludes that the material facts are undisputed and that Defendant is entitled to summary judgment as a matter of law.

By separate order, Defendant's Motion for Summary Judgment will be granted.

DONE this 19th day of November, 1999.

_____
UNITED STATES DISTRICT JUDGE
U.W. CLEMON